AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jennifer Tovar<br>USC<br>1997<br><br>*Defendant(s)* | Case No. 7:25-mj-2045 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 111 (a)(1) | whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferers with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and where such acts involve physical contact with the victim of that assault. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Sarina DiPiazza

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 8/22/25 @ 7:12 p.m.

City and state: McAllen, Texas

/s/ Will Circle
*Complainant's signature*

Will Circle, FBI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

On August 22, 2025, Homeland Security Investigations (HSI) Special Agents (SA) along with a marked constable unit approached the residence of a known wanted subject in Edinburg, TX. HSI SAs encountered Jennifer TOVAR, who said that the subject was not there and that she did not know where he was and demanded that the SAs leave the premise. Agents informed TOVAR that they had an arrest warrant for the subject. TOVAR then entered the residence.

SAs knocked and announced themselves as law enforcement officials with an arrest warrant. No one responded or opened the door for an extended period of time so SAs breached the door. As SAs attempted to enter, TOVAR slammed the door into the SAs several times. SAs entered the residence when TOVAR began pushing and striking the SAs. TOVAR struck HSI SA B.H. across the left cheek and the nose, leaving a visible mark. SAs restrained TOVAR, who began kicking her legs in the direction of the SAs.

A Bureau of Investigation SA and Task Force Officer interviewed TOVAR who stated that she lied to the SAs regarding the whereabouts of the wanted subject. TOVAR also stated that when SAs made entry into the residence, she slammed the door shut and then began pushing SAs when they entered the residence, and that she may have struck an SA with her hand.

HSI SA B.H. is a federal law enforcement officer who was engaged in the performance of his official duties.