United States Courts
Southern District of Texas
FILED
*September 16, 2025*
Nathan Ochsner, Clerk of Court

Case 7:25-cr-02167   Document 10   Filed 09/16/25 in TXSD   Page 1 of 1    204

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § § | Criminal No. **M-25-2167** |
| **JENNIFER TOVAR** | § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about August 22, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JENNIFER TOVAR**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with B.H., United States Homeland Security Special Agent, Homeland Security Investigations, while said agent was engaged in or on account of the performance of his official duties, said offense involved physical contact with B.H.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*[signature]*

_____
ASSISTANT UNITED STATES ATTORNEY