UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. 7:25-CR-2167 |
| | § | |
| JENNIFER TOVAR | § | |

**AMENDED TRIAL EXHIBIT LIST OF UNITED STATES**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
| --- | --- | --- | --- | --- | --- |
| 1 | Body-worn camera of Deputy Constable Ismael Garza | | | | |
| 2 | Interview of Jennifer Tovar | | | | |
| 3 | Arrest Warrant of Alfonso Munoz-Vallejo | | | | |