UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 7:25−cr−02167 |
| | § | |
| Jennifer Tovar | § | |

## **SENTENCING ORDER**

On **12/2/2025**, the defendant was found guilty after a plea of guilty. A Presentence Investigation Report (PSR) is ordered and a sentencing schedule is established as follows:

1. No later than **January 6, 2026**, the United States Probation Office will complete an initial PSR and disclose the report to counsel pursuant to CrLR 32.4.

2. No later than **January 20, 2026**, each counsel shall file written objections or a statement that there are no objections. All objections to the PSR based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case. Any responses to objections shall be filed no later than **January 23, 2026**.

3. No later than **February 2, 2026**, the United States Probation Office shall prepare the final PSR with an addendum addressing contested issues and furnish it to the Court and the parties.

4. Any supporting documents for sentencing, such as letters or sentencing memorandums, must be filed by **February 6, 2026**.

5. Any motions to continue must be filed no later than **February 6, 2026**. Failure to abide by this deadline may result in the motion being denied.

6. On **February 11, 2026, at 09:00 AM**, the defendant must appear for sentencing.

7. All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the PSR.

ORDERED the 2nd of December 2025.

*By order of the Court*

*Drew B. Tipton*
*United States District Judge*